## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                    September 21, 1999

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

**EMILIANA OTERO-ROLON, et al**

**vs**                                       CIVIL 98-2154CCC

**ABC CORPORATION,**
**d/b/a HOSPITAL ALEJANDRO**
**OTERO-LOPEZ, et al**

By order of the Court, the Motion Assuming Representation (**docket entry 29**) is GRANTED. Parties to be notified.

⌐ - Secretary

s/c: M. Taboas
H. Suri/ba
J. Gonzals
I Dominguez

SEP 2 2 1999

RECD.      TO JUDGE
SEP 2 2 1999
BY        # 30