IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                October 19, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


EMILIANA OTERO-ROLON, et al

vs                                                    CIVIL 98-2154CCC

HOSPITAL DR. ALEJANDRO OTERO-
LOPEZ, et al


By order of the Court, the **initial scheduling conference set for October 20, 1999 is reset for November 4, 1999 at 9:00 AM.** Parties to be notified.

- Secretary