IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                        March 23, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


EMILIANA OTERO-ROLON, et al

vs                                            CIVIL 98-2154CCC

HOSPITAL DR. ALEJANDRO
OTERO-LOPEZ, et al


By order of the Court, the **second scheduling conference set for March 24, 2000 is reset for June 22, 2000 at 9:00 AM.** Parties to be notified.

                                        *m*- Secretary

*[handwritten notes:]*
Parties notified by FAX
Lcda. M. Tabora       250-7545
Lic. I. Dominguez-Perez  250-0295
Lic. J. Gonzalez-Cordero  758-4152
Lcdo. A. Aurillo-Perez  ) 753-6580
Lcda. M.E. Gonzalez  )

m/
3/23/2000

s/c: M. Tabora
     H. Aurillo
     M. Gonzalez
     J. Gonzalez
     I. Dominguez
                3-27-00