# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    June 21, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

EMILIANA OTERO-ROLON, et al

VS                                            CIVIL 98-2154CCC

HOSPITAL ALEJANDRO OTERO-LOPEZ, et al

By order of the Court, having considered the Motion for Dismissal filed by Dr. Yazmín E. Rodríguez (**docket entry 37**), plaintiffs' Opposition (**docket entry 40**) and plaintiffs' Supplementary Motion (**docket entry 48**), the same is DENIED since the Court understands that dismissal of the action against Dr. Rodríguez is not the appropriate remedy. However, the service of process by publication is QUASHED. Plaintiffs shall serve Dr. Rodríguez with summons and copy of the complaint within forty (40) days after notice. The Clerk of Court is instructed to issue new summons as to defendant Yazmín E. Rodríguez.

Having considered plaintiffs' Motion Requesting Orders Related to Discovery (**docket entry 42**), defendant Yazmín E. Rodríguez' Opposition (**docket entry 43**) and plaintiffs' tendered reply (see docket entry 45), which is ORDERED FILED, the same is DENIED as to Dr. Rodríguez, without prejudice of being renewed once the defendant is properly brought to the jurisdiction of this Court. It is MOOT as to the other defendants, in view of the information contained in paragraph 4 of the Motion Requesting Additional Extension of Time to Answer Interrogatories filed by defendant Caribbean Anesthesia Services, Inc. (**docket entry 44**). Parties to be notified.

- Secretary