IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                June 23, 2000

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

EMILIANA OTERO-ROLON, et al

vs                                        CIVIL 98-2154CCC

HOSPITAL ALEJANDRO OTERO-LOPEZ, et al

By order of the Court, the Motion Requesting Leave to Withdraw as Counsel filed by attorney Hilda M. Surillo-Peña (**docket entry 41**) is GRANTED. Parties to be notified.

- Secretary

s/c: Taboas
Gonzalez
Sanchez
Gonzalez
Dominguez

JUL 19 2000