MINUTES OF PROCEEDINGS                                August 8, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

EMILIANA OTERO ROLON, et al.

vs                                              CIVIL 98-2154CCC

HOSPITAL ALEJANDRO OTERO LOPEZ



By order of the Court, the Informative Motion and Requesting Extension of Time (docket entry 55) is GRANTED as requested.

- law clerk

