IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EMILIANA OTERO-ROLON,
MARIA MERCEDES OTERO-ROLON, JOSE A. OTERO-ROLON,
JUANA LYDIA OTERO-ROLON,
MARIA MARGARITA OTERO-ROLON, MARIA SOCORRO
OTERO-ROLON

Plaintiffs

vs                                                                                       CIVIL 98-2154CCC

HOSPITAL ALEJANDRO OTERO-LOPEZ'
CARIBBEAN ANESTHESIA SERVICES,
INC.; ABC CORPORATION d/b/a
HOSPITAL ALEJANDRO OTERO-LOPEZ;
EMERGENCY DEPARTMENT OF THE
HOSPITAL ALEJANDRO OTERO-LOPEZ;
CORPORATION DEF; DOCTOR Y.
RODRIGUEZ, his/her wife and/or husband;
MR(S). "G" and the legal partnership
constituted by them; DR. SICARD his/her
wife/husband, MR(S)., "H" and the legal
partnership constituted by them;
DEFENDANTS J. DOE AND R. ROE, their
husbands or wives MR(S). "I" and "N" and
the legal partnership constituted by them;
INSURANCE COMPANIES J, K, L & M

Defendants

## THIRD SCHEDULING AND CASE MANAGEMENT ORDER

A third scheduling and case management conference was called in this case on September 6, 2000 at 9:00 A.M. Plaintiffs were represented by attorney María del Carmen Taboas. Defendant Caribbean Anesthesia Services, Inc. d/b/a Hospital Dr. Alejandro Otero López was represented by attorney Marta Elisa González. Attorney Iván Domínguez appeared on behalf of defendants Dr. David T. Sicard, his spouse and their conjugal partnership (Dr. Sicard). Defendant Dr. Yazmín E. Rodríguez-Vello was represented by attorney José L. González-Castañer.



CIVIL 98-2154CCC                                              2

An amended complaint was filed on August 15, 2000 (**docket entry 58**) adding three additional defendants to the action. CAS Management, Inc. will be represented by attorney Marta Elisa Gónzalez, who will be answering the complaint on its behalf within ten (10) after the conference. The other two new defendants, Caribbean Hospital Corp. and SIMED, will have to be served with process. In view of the inclusion of these new defendants, the parties have agreed to table the discovery remaining to be conducted and request an extension of the discovery timetable in order to allow them the opportunity to participate. After discussing the matter with the parties, the Court will amend the Second Scheduling and Case Management Order (**docket entry 52**) as follows:

The parties are GRANTED until DECEMBER 31, 2000 to conduct discovery. By no later than OCTOBER 31, 2000, the parties shall file with the Court a joint schedule listing the depositions and any other discovery remaining to be conducted.

The deadline for filing any discovery-based dispositive motions is extended until JANUARY 31, 2001. Any opposition will be due on March 2, 2001. However, the dispositive motion announced by defendant Dr. Sicard during the last conference based on the alleged immunity afforded to him by law as an employee of the Commonwealth shall be filed within the term of twenty (20) days after the conference. Plaintiffs' opposition shall be filed within the term of twenty (20) days after the filing of the dismissal motion.

**The pretrial and trial settings remain as previously scheduled, i.e.: the pretrial conference for MAY 22, 2001 at 4:45 P.M. and the jury trial for JUNE 19, 2001 at 9:30 A.M.**

CIVIL 98-2154CCC                            3

Any objections or requests for modification of the terms and conditions of this Order shall be filed within eleven (11) days after notice, or they shall be considered waived.

SO ORDERED.

At San Juan, Puerto Rico, on September 7, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)