IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                              October 16, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

EMILIANA OTERO-ROLON, et al

vs                                                  CIVIL 98-2154CCC

HOSPITAL ALEJANDRO OTERO-LOPEZ, et al

By order of the Court, having considered the Motion Requesting Waiver of Rule 108.1 filed by defendant Dr. Sicard-Figueroa (**docket entry 67**), movant is allowed to file the two (2) exhibits mentioned in the Spanish language, conditioned to their timely translation should these exhibits later become part of an appeal process.

The Motion Requesting Acceptance of Motion Requesting Dismissal of Supplemental Claim Based on Immunity of the Appearing Co-defendant (**docket entry 65**) is NOTED and GRANTED.

The Motion for Extension of Time to Plead (**docket entry 64**) is GRANTED, term to expire on October 25, 2000. Parties to be notified.

                                                    - Secretary


