# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                                  October 24, 2000

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

EMILIANA OTERO-ROLON, et al

vs                                                          CIVIL 98-2154CCC

HOSPITAL ALEJANDRO OTERO-LOPEZ, et al

By order of the Court, plaintiffs shall reply to Dr. Sicard-Figueroa's Motion Requesting Dismissal of Supplemental Claim Based on Immunity of the Appearing Co-defendant (**docket entry 66**) ten (10) days after notice of this Order.   Parties to be notified.

ml  - Secretary

