IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                         November 22, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

EMILIANA OTERO-ROLON, et al

vs                                              CIVIL 98-2154CCC

HOSPITAL ALEJANDRO OTERO-LOPEZ, et al

By order of the Court Plaintiffs' Motion Requesting Waiver of Local Rule 108 (**docket entry 72**) is GRANTED. Case to be returned on follow up. Parties to be notified.

                                                    - Secretary