IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS          February 23, 2001

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

EMILIANA OTERO-ROLON

vs                                CIVIL 98-2154CCC

HOSPITAL DR. ALEJANDRO OTERO-
LOPEZ, et al

By order of the Court the Motion Requesting Leave to Withdraw as Counsel (**docket entry 74**) is GRANTED. A new representative from the law firm Sánchez-Betances & Sifre, C.S.P. to file his/her appearance within ten (10) days after notice. Parties to be notified.

                                          ~~ - Secretary

s/cs:to ( 5 )
attys/pts
in ICMS