IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**          March 14, 2001

BEFORE HONORABLE JUDGE CARMEN CONSUELO CEREZO

| COURTROOM DEPUTY: | **CIVIL NO. 98-2154(CC)** |
|---|---|
| COURT INTERPRETER: | COURT REPORTER: |

| | |
|---|---|
| **EMILIANO OTERO-ROLON, ET AL** | Attorney(s) for Plaintiff: |
| Plaintiffs<br>vs. | |
| **HOSP. ALEJANDRO-OTERO LOPEZ'S ANESTHESIA SERVICES INC., ET AL** | Attorney(s) for Defendant: |
| Defendant | |

By order of the Court, the **pretrial conference set for May 22, 2001 is reset to May 23, 2001 at 4:45PM**.

Parties to be notified.

```
                                                    Courtroom Deputy Clerk
```

s/cs:to ( )
attys/pts
in ICMS

MAR 1 8 2001