IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EMILIANA OTERO-ROLON,
MARIA MERCEDES OTERO-ROLON, JOSE A. OTERO-ROLON,
JUANA LYDIA OTERO-ROLON,
MARIA MARGARITA OTERO-ROLON, MARIA SOCORRO
OTERO-ROLON

Plaintiffs

vs                                                    CIVIL 98-2154CCC

HOSPITAL ALEJANDRO OTERO-LOPEZ (HAOL);
CARIBBEAN HOSPITAL CORPORATION having done business as HAOL;
CARIBBEAN ANESTHESIA SERVICE, INC.;
CAS MANAGEMENT, INC. doing business as HOSPITAL ALEJANDRO OTERO-LOPEZ;
DR. DAVID T. SICARD, his wife Ms. YANET CORTES-CASIANO;
SIMED;
INSURANCE COMPANIES A, B, C, AND D

Defendants

## PARTIAL JUDGMENT

Having considered plaintiffs' Motion Requesting Dismissal (**docket entry 78**), the same is GRANTED and this action is hereby DISMISSED, with prejudice, as to **Dr. Yazmín Rodríguez.**

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on March 29, 2001.

s/cc:to ( 7 )
attys/pts
in ICMS

APR - 2 2001

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)