# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**　　　　　　　May 23, 2001

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

EMILIANA OTERO-ROLON, et al

vs　　　　　　　　　　　　　　　　　CIVIL 98-2154CCC

HOSPITAL ALEJANDRO OTERO-LOPEZ, et al

At the pretrial conference held on this date present were: María del Carmen Taboas, counsel for plaintiffs and Luis V. Villares-Sarmiento, counsel for defendants.

The parties informed that the case has been settled and they were GRANTED five days as of today to file stipulation as to Caribbean Anesthesia Services, Inc., d/b/a HAOL, Cas Management, Inc., and Caribbean Hospital Corporation. Ms. Taboas also informed that the case has been settled as to defendant Dr. Sicard represented by attorney Igor Domínguez and said stipulation to be filed within the same period of time. Parties to be notified.

　　　　　　　　　　　　　　　　　　　　　　　　　　　- Secretary


