IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EMILIANA OTERO-ROLON, MARIA MERCEDES OTERO-ROLON, JOSE A. OTERO-ROLON, JUANA LYDIA OTERO-ROLON, MARIA MARGARITA OTERO-ROLON, MARIA SOCORRO OTERO-ROLON

Plaintiffs

vs                                                CIVIL 98-2154CCC

HOSPITAL ALEJANDRO OTERO-LOPEZ (HAOL);
CARIBBEAN HOSPITAL CORPORATION having done business as HAOL;
CARIBBEAN ANESTHESIA SERVICE, INC.;
CAS MANAGEMENT, INC. doing business as HOSPITAL ALEJANDRO OTERO-LOPEZ;
DR. DAVID T. SICARD, his wife Ms. YANET CORTES-CASIANO;
SIMED;
INSURANCE COMPANIES A, B, C, AND D

Defendants



## PARTIAL JUDGMENT

Having considered plaintiffs' Motion Requesting Dismissal (**docket entry 82**), the same is GRANTED and this action is hereby DISMISSED, with prejudice, as to Dr. David Sicard-Figueroa, his wife Yanet Cortés-Casiano, their conjugal partnership and Dr. Sicard-Figueora's insurer SIMED.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on May 30 2001.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)