IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EMILIANA OTERO-ROLON, MARIA
MERCEDES OTERO-ROLON, JOSE A.
OTERO-ROLON, JUANA LYDIA OTERO-
ROLON, MARIA MARGARITA OTERO-
ROLON, MARIA SOCORRO OTERO-
ROLON

Plaintiffs

vs                                                    CIVIL 98-2154CCC

HOSPITAL ALEJANDRO OTERO-LOPEZ
(HAOL);
CARIBBEAN HOSPITAL CORPORATION
having done business as HAOL;
CARIBBEAN ANESTHESIA SERVICE,
INC.;
CAS MANAGEMENT, INC. doing business
as HOSPITAL ALEJANDRO OTERO-
LOPEZ;
DR. DAVID T. SICARD, his wife Ms.
YANET CORTES-CASIANO;
SIMED;
INSURANCE COMPANIES A, B, C, AND
D

Defendants

ENTERED ON DOCKET
JUN - 8 2001 PURSUANT
TO FRCP RULES 58 & 79a

## JUDGMENT

Having considered the Stipulation for Dismissal filed plaintiffs and defendants Caribbean Anesthesia Service, Inc., also formerly doing business as HAOL and CAS Management, Inc., doing business as HAOL, (**docket entry 84**), the same is GRANTED and this action is hereby DISMISSED, with prejudice, as to Caribbean Anesthesia Service, Inc., also formerly doing business as HAOL and CAS Management, Inc., doing business as HAOL.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on June 7, 2001.

s/cc:to ( ✓ )
attys/pts
in ICMS
JUN - 8 2001

CARMEN CONSUELO CEREZO
United States District Judge