# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                     July 31, 2001

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**


EMILIANA OTERO-ROLON, et al

vs                                              CIVIL 98-2154CCC

HOSPITAL ALEJANDRO OTERO-LOPEZ, et al


Having considered the Motion Requesting Withdrawal of Dockets 86 and 87 (**docket entry 88**), the same is GRANTED. The Motion for Enforcement of Stipulation and Other Remedies and the Motion to Alter or Amend Judgment Pursuant to Rule 59(e) and/or 60(a) and/or 60(b) of the Federal Rules of Civil Procedure (**docket entries 86 and 87**) are deemed withdrawn. Parties to be notified.

                                                            - Secretary

s/cs:to ( )
attys/pts
in ICMS

AUG - 2 2001


